**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jose EVANGELISTA–GONZALEZ,
Also Known as Josue Evangelista–
Gonzalez, Defendant–Appellant.**

No. 15–40245
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Sept. 23, 2015.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Scott Andrew Martin, H. Michael Sokolow, Assistant Federal Public Defenders, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Jose Evangelista–Gonzalez, McRae Helena, GA, pro se.

Before REAVLEY, SMITH, and HAYNES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Jose Evangelista–Gonzalez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Evangelista–Gonzalez has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.